UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RUSTIC RETREATS LOG HOMES, INC.,

        Plaintiff,

v.

        Case No. 19-CV-1614

PIONEER LOG HOMES OF BRITISH COLUMBIA, INC., ET AL.

        Defendants.

---

## DECLARATION OF ANN M. MAHER

---

Ann M. Maher declares pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I am a Partner with the law firm of Husch Blackwell LLP. I make this declaration on behalf of the Plaintiff, Rustic Retreats Log Homes, Inc., in the above-captioned action in support of its Bill of Costs.

2. Attached hereto as **Exhibit A** is an itemization of the costs as set forth in the Bill of Costs.

3. Attached hereto as **Exhibit B** are true and correct copies of the invoices for costs listed in the Bill of Costs, which invoices have been paid by the Plaintiff.

4. The cost of copies made, as delineated in Exhibit A, is 15¢ per page for black and white copies and 30¢ per page for color copies, which costs have been paid by the Plaintiff.

Dated this 25th day of August, 2021.

                                                  s/Ann M. Maher
                                                  Ann M. Maher